1    Mccormick, Barstow, Sheppard,
     Wayte & Carruth LLP
2    Jonathan W. Carlson
     Nevada Bar No. 10536
3      *Jonathan.carlson@mccormickbarstow.com*
     Pamela L. Mcgaha
4    Nevada Bar No. 8181
       *Pamela.mcgaha@mccormickbarstow.com*
5    Amanda A. Ebert
     Nevada Bar No. 12731
6      *amanda.ebert@mccormickbarstow.com*
     8337 West Sunset Road, Suite 350
7    Las Vegas, NV 89113
     Telephone:    (702) 949-1100
8    Facsimile:    (702) 949-1101

9    Attorneys for Defendant GEICO GENERAL
     INSURANCE COMPANY

10

11                  UNITED STATES DISTRICT COURT

12                        DISTRICT OF NEVADA

13

14   PATRICIA  V.  EKES,  an  individual,  and      CASE NO.  2:24-cv-919-RFB-EJY
     EDWARD L. EKES, an individual,
15                                                   **STIPULATION    AND    ORDER    FOR
                    Plaintiffs,                       DISMISSAL WITH PREJUDICE**
16
            v.
17
     GEICO       GENERAL       INSURANCE
18   COMPANY,   and   DOES   I-X,   and   ROE
     CORPORATIONS I-X, inclusive,
19
                    Defendants.
20

21

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    IT IS HEREBY STIPULATED by Plaintiffs PATRICIA V. EKES and EDWARD L. EKES,

2  by and through their counsel of record, and Defendant GEICO GENERAL INSURANCE

3  COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with

4  prejudice against Defendant GEICO GENERAL INSURANCE COMPANY, the parties to bear

5  their own costs and attorneys' fees.

6    DATED this 17 day of March, 2025

7                                HANRATTY LAW GROUP

8                                By
                                    KEVIN M. HANRATTY, ESQ.
9                                    Nevada Bar No. 7734
                                     Attorneys for Plaintiffs
10

11    DATED this 9th day of March, April 2025

12                                McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP
13

14                                By    /s/ Jonathan W. Carlson
                                       JONATHAN W. CARLSON, ESQ.
15                                     Nevada Bar No. 10536
                                       Attorneys for Defendant

16   **IT IS SO ORDERED.**

17    DATED this 10 day of April, 2025

18

19

                                   RICHARD F. BOULWARE, II
21                                 UNITED STATES DISTRICT JUDGE

22   11352066.1

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113